# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 03 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Arnulfo Huerta-Cornejo | Case No. 1:15CR00237-LJO-SKO-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Arnulfo Huerta-Cornejo__, have discussed with __Zaren Craddock__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the third party custodian, Juvenal Lopez, shall be removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Signature of Defendant_   02-01-16   2-01-16 = AHC    _Pretrial Services Officer_   1-26-16

I have reviewed the conditions and concur that this modification is appropriate.

_Signature of Assistant United States Attorney_    2/3/16

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Signature of Defense Counsel_    1/27/16

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  2/3/16 .
☐ The above modification of conditions of release is *not* ordered.

_Signature of Judicial Officer_    2/3/16

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services