HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
ARNULFO HUERTA-CORNEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARNULFO HUERTA-CORNEJO,<br><br>Defendant. | Case No.  1:15-cr-00237 LJO-SKO-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:  June 6, 2016<br>TIME:   1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for April 4, 2016, may be continued to June 6, 2016 1:00 p.m.

The request is necessary for two reasons.  First, the defense has made a number of discovery requests that are outstanding.  Second, the case was initiated by former Assistant United States Attorney Michael Frye, and has now been reassigned to Assistant United States Attorney Daniel Griffin.  The continuance is necessary to allow the prosecutor to provide the requested discovery and for defense counsel to have time to review the materials with Mr. Huerta-Cornejo.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance

outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 31, 2016        By:   */s/ Daniel Griffin*
                                    DANIEL GRIFFIN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 31, 2016        By:   /s/ *Janet Bateman*
                                    JANET BATEMAN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ARNULFO HUERTA-CORNEJO

## O R D E R

After careful review of the stipulation to continue status conference filed in this case, as well as the procedural history of this case, the parties' request to continue the status conference is DENIED.

The Court notes that this is the fourth status conference in this 7 month-old case. At the February 1, 2016, status conference, the court granted the parties' request to continue the matter and asked that the parties be prepared to select a mutually acceptable trial date at the next status conference. As such, the parties shall appear at the status conference set for April 4, 2016, and shall be prepared to select a mutually agreeable trial date that will allow sufficient time for the prosecution to provide the requested discovery, for the defense counsel to review the materials with Mr. Huerta-Corneja, and for the parties to prepare for trial.

IT IS SO ORDERED.

Dated:   **March 31, 2016**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE