PHILLIP A. TALBERT
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00237-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ARNULFO HUERTA-CORNEJO, | |
| Defendant. | |

WHEREAS, on March 1, 2017, the United States filed its Application for Preliminary Order of Forfeiture and Publication Thereof. On March 1, 2017, the Court entered a Preliminary Order of Forfeiture;

AND WHEREAS, on April 6, 2017, the Court entered an Amended Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Arnulfo Huerta-Cornejo in the following property:

      a. Approximately $15,315.96 in U.S. Currency.

AND WHEREAS, beginning on April 27, 2017, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, on April 26, 2017, the United States sent direct written notice to Maria Galvan by certified mail, signed for and received by Cristina Galvan on May 2, 2017;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 31 U.S.C. § 5332(b)(2), to be disposed of according to law, including all right, title, and interest of Arnulfo Huerta-Cornejo and Maria Galvan.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **September 5, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE